IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-821-RJC-DCK

| BRIAN BALDWIN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| COMPASS GROUP USA, INC., | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) filed by Joel R. Rhine, concerning Michael Anthony Jenkins, on December 7, 2023. Michael Anthony Jenkins seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) is **GRANTED**. Michael Anthony Jenkins is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 10, 2023

David C. Keesler
United States Magistrate Judge