**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-821-RJC-DCK**

| | | |
|---|---|---|
| **BRIAN BALDWIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **COMPASS GROUP USA, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 43) filed by Marla T. Reschly, concerning Joseph C. Wiley II, on December 8, 2023. Joseph C. Wiley II seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 43) is **GRANTED**. Joseph C. Wiley II is hereby admitted *pro hac vice* to represent Defendant.

       **SO ORDERED**.

Signed: December 10, 2023

David C. Keesler
United States Magistrate Judge