IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-821-RJC-DCK

| BRIAN BALDWIN, | ) |
| :-- | :-- |
| Plaintiff, | ) |
| v. | ) ORDER |
| COMPASS GROUP USA, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 50) filed by Daniel D. McClurg, concerning Kenn Brotman, on December 13, 2023. Kenn Brotman seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 50) is **GRANTED**. Kenn Brotman is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 13, 2023

David C. Keesler
United States Magistrate Judge